UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

      v.

All Assets Listed on Schedule I Attached Hereto and All Proceeds Traceable Thereto,

            Defendants *in rem.*

Civil Action No. 10 Civ. 4750 (JS)

**ECF CASE**

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT PERFECT WORLD PARTNERS, LLC.

---

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Perfect World Partners, LLC. (the "Claimant"), hereby makes this formal claim and asserts its interest in certain of the Defendants *in rem* in this action and hereby serve notice of its objection to any and all claims against its right, title and interest in said Defendants *in rem,* its right to restitution of the Defendants *in rem* and its right to defend the action.

In particular, Claimant has a claim to, interest in, and right to the following assets listed in Schedule I of the Verified Complaint *In Rem* filed in this action on or about October 15, 2010:

    1.    $9,740,625.02 on deposit at Jefferies & Company account 605-00046 in the name of Perfect World Partners (Schedule I, Item No. 89).

The interest in the Defendants *in rem* by virtue of which Claimant demands its restitution and the right to defend the action is all of the right, title and interest in said Defendants *in rem* as described herein.

Claimant also asserts claims on its behalf in any Defendant *in rem* not specifically identified above as to which Claimant may have an ownership or other interest or right of claim. Claimant expressly reserves the right to amend, modify and/or supplement this Verified Claim and Statement of Interest in any respect.

Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant appears before this Court for the limited purpose of asserting its rights to the Defendants *in rem*. Claimant's appearance in this action does not constitute an appearance for purpose of any other claim or consent to the jurisdiction of this Court or any other court over Claimant.

Dated: April 6, 2011

Respectfully submitted,

_____
Merrill Rubin, Esq. (MR4943)
328 North Broadway, 2nd Floor
Nyack, NY 10960
(845) 363-6568
Email: merrillrubin@post.harvard.edu

Attorney for Claimant Perfect World Partners, LLC

## VERIFICATION

I, Jeffrey Brooks, as Manager of Claimant Perfect World Partners, LLC, verify under penalty of perjury that I have read the foregoing Verified Claim and Statement of Interest and the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 6, 2011 at New York, New York.

_____
Jeffrey Brooks, Manager

Sworn to before me this 6th day of
April 2011

_____
Notary Public

My commission expires: November 15, 2014

ADJARATOU MAREME SY GORSKI
Notary Public - State of New York
No. 01SY6230980
Qualified in Kings County
My Commission Expires November 15, 2014

CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2011, true and correct copies of the attached Verified Claim and Statement of Interest were served by mail and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Kathleen A. Nandan, Esq.
Chief, Asset Forfeiture Unit
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722-4454
Kathleen.Nandan@usdoj.gov

James H. Knapp, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722-4454
James.Knapp@usdoj.gov

_____
Merrill Rubin