UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America,

        Plaintiff,

v.

All Assets Listed on Schedule I Attached Hereto and All Proceeds Traceable Thereto,

        Defendants *in rem.*

---

Civil Action No. 10 Civ. 4750 (JS)

**ECF CASE**

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANTS JEFFREY BROOKS, AS TRUSTEE; GEAR TO GEAR TRUST; AND PRIVATE TIME TRUST

---

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Jeffrey Brooks as Trustee and Claimants Gear to Gear Trust and Private Time Trust (the "Claimant"), hereby make this formal claim and assert their interest in certain of the Defendants *in rem* in this action and hereby serve notice of their objection to any and all claims against their right, title and interest in said Defendants *in rem,* their right to restitution of the Defendants *in rem* and their right to defend the action.

In particular, Claimants have a claim to, interest in, and right to the following assets listed in Schedule I of the Verified Complaint *In Rem* filed in this action on or about October 15, 2010:

    1.    $1,000,000 on deposit at Jefferies & Company account 605-00057 in the name of Wildfire Holdings (Schedule I, Item No. 90), by virtue of their respective membership interests in said Wildfire Holdings, LLC.

The interest in the Defendants *in rem* by virtue of which Claimants demand their restitution and the right to defend the action is all of the right, title and interest in said Defendants *in rem* as described herein.

Claimants also assert claims on their respective behalf in any Defendant *in rem* not specifically identified above as to which Claimants may have an ownership or other interest or right of claim. Claimants expressly reserve the right to amend, modify and/or supplement this Verified Claim and Statement of Interest in any respect.

Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimants appears before this Court for the limited purpose of asserting their rights to the Defendants *in rem*. Claimants' appearance in this action does not constitute an appearance for purpose of any other claim or consent to the jurisdiction of this Court or any other court over Claimants.

Dated:   April 6, 2011

Respectfully submitted,

_____
Merrill Rubin, Esq. (MR4943)
328 North Broadway, 2nd Floor
Nyack, NY 10960
(845) 363-6568
Email: merrillrubin@post.harvard.edu

Attorney for Claimants Jeffrey Brooks, as Trustee; Gear to Gear Trust and Private Time Trust

## VERIFICATION

I, Jeffrey Brooks, as Trustee of Claimants Gear to Gear Trust and Private Time Trust, verify under penalty of perjury that I have read the foregoing Verified Claim and Statement of Interest and the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 6, 2011 at New York, New York.

_____
Jeffrey Brooks, Trustee

Sworn to before me this 6th day of
April 2011

_____
Notary Public

My commission expires: November 15, 2014

**ADJARATOU MAREME SY GORSKI**
**Notary Public - State of New York**
**No. 01SY6230980**
**Qualified in Kings County**
**My Commission Expires November 15, 2014**

-3-

CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2011, true and correct copies of the attached Verified Claim and Statement of Interest were served by mail and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

>   Kathleen A. Nandan, Esq.
>   Chief, Asset Forfeiture Unit
>   United States Attorney's Office
>   Eastern District of New York
>   610 Federal Plaza
>   Central Islip, New York 11722-4454
>   Kathleen.Nandan@usdoj.gov
>
>   James H. Knapp, Esq.
>   Assistant United States Attorney
>   United States Attorney's Office
>   Eastern District of New York
>   610 Federal Plaza
>   Central Islip, New York 11722-4454
>   James.Knapp@usdoj.gov

_____
Merrill Rubin