SLR:LDM
F. #2003R01830
F.#2010V02075

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALL ASSETS LISTED ON SCHEDULE
I ATTACHED HERETO AND ALL PROCEEDS
TRACEABLE THERETO,

    Defendants *in rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SUGGESTION OF DEATH

Civil Action No.
CV-10-4750

(Seybert, J.)

    In accordance with Federal Rule of Civil Procedure 25(a)(1), plaintiff United States of America suggests upon the record the death, on or about October 27, 2016, of David H. Brooks, who filed claims to certain defendants *in rem* on behalf of himself and claimant David Brooks International, Inc.

Dated:    Brooklyn, New York
           November 22, 2016

                      ROBERT L. CAPERS
                      United States Attorney
                      Eastern District of New York
                      *Attorney for Plaintiff*
                      271-A Cadman Plaza East, 7th Fl.
                      Brooklyn, New York 11201

            By:    /s/_____
                      Laura D. Mantell
                      Tanya Y. Hill
                      Assistant U.S. Attorneys
                      (718)254-6253/6144

To:    All Counsel of Record (by ECF)

1

Richard C. Klugh, P.A (by e-mail and regular mail)
Law Office of Richard C. Klugh, P.A.
Courthouse Center, Penthouse One
40 N.W. Third Street
Miami, Florida 33128